ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243


**In The Eastern District of California for the**

**United States District Court**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:04-mj-0219 |
| | ) | |
| Plaintiff, | ) | ORDER TO DENY DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | |
| DEVIN W. MEANS, | ) | Date: June 29, 2005 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate |
| | ) | Judge: |
| | ) | Hon. William M. Wunderlich |
| | ) | |
| | ) | |
| | ) | |

For the reasons stated in the United States Government Response

in Denial of Defendant's Motion to Dismiss the United States

Government, through its representative Elizabeth Waldow,

respectfully requests that the Defendant's Motion to Dismiss be

denied.

Respectfully submitted,


Dated:    June 29, 2005  ,              /s/Elizabeth Waldow
                                      Elizabeth Waldow
                                      National Park Service


                              **ORDER**

It is so ordered.


Date: June 29, 2005          _____

                             The Hon. William M. Wunderlich
                             Magistrate Judge for the
                             Eastern District of California




IT IS SO ORDERED.

**Dated:    July 1, 2005**          _____/s/  William M. Wunderlich_____
mmkd34                      UNITED STATES MAGISTRATE JUDGE